FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 7 2026

TAMMY H. DOWNS, CLERK
By:_____ tammy
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26-CR-00063 DPM |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| | ) | 18 U.S.C. §§ 922(g)(1), 924(e) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| RAY THOMAS | ) | 18 U.S.C. § 3147(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about October 17, 2024, in the Eastern District of Arkansas, the defendant,

RAY THOMAS,

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(A).

Before RAY THOMAS committed the offense charged in this count, he had the following

final convictions for a serious drug felony for which he served more than 12 months of

imprisonment and for which he was released from serving any term of imprisonment related to

that offense within 15 years of commencement of the instant offense:

1. Simultaneous possession of drugs and firearms, possession of cocaine with

purpose to deliver, possession of methamphetamine with purpose to deliver,

possession of firearms by certain persons, unauthorized use of another person's

property to facilitate certain crimes, possession of drug paraphernalia, possession

of hydrocodone/acetaminophen with purpose to deliver, possession of

methamphetamine with purpose to deliver, possession of hydromorphone with

purpose to deliver, maintaining a drug premises, possession of alprazolam with purpose to deliver, possession of diazepam with purpose to deliver, and possession of drug paraphernalia in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-14-1418; and

2.     Possession of cocaine with purpose to deliver and possession of drug paraphernalia in Pulaski County, Arkansas in Case Number 60CR-11-3838.

RAY THOMAS committed the above offense while on pretrial release pursuant to an order dated May 11, 2023, from the United States District Court for the Eastern District of Arkansas, case number 4:23CR-00095-2-DPM, which notified the Defendant of the potential effect of committing an offense while on pretrial release.

In violation of Title 18, United States Code, Section 3147(1).

## COUNT 2

A.     On or about October 17, 2024, the defendant,

RAY THOMAS,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another:

1.     Simultaneous possession of drugs and firearms, possession of cocaine with purpose to deliver, possession of methamphetamine with purpose to deliver, possession of firearms by certain persons, unauthorized use of another person's property to facilitate certain crimes, possession of drug paraphernalia, possession of hydrocodone/acetaminophen with purpose to deliver, possession of methamphetamine with purpose to deliver, possession of hydromorphone with

purpose to deliver, maintaining a drug premises, possession of alprazolam with purpose to deliver, possession of diazepam with purpose to deliver, and possession of drug paraphernalia in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-14-1418;

2.    Possession of firearms by certain persons in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-14-517;

3.    Possession of cocaine with purpose to deliver and possession of drug paraphernalia in Pulaski County, Arkansas in Case Number 60CR-11-3838;

4.    Possession of marijuana (third offense), possession of drug paraphernalia, and maintaining drug premises in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-08-3527;

5.    Theft by receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-03-4062;

6.    Possession of marijuana with intent to deliver in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-03-2334; and

7.    Battery in the second degree (two counts), in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-00-1645.

B.    On or about October 17, 2024, in the Eastern District of Arkansas, the defendant,

RAY THOMAS,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, model 709 Slim, 9mm pistol, bearing serial number TJW93039, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

RAY THOMAS committed the above offense while on pretrial release pursuant to an order dated May 11, 2023, from the United States District Court for the Eastern District of Arkansas, case number 4:23CR00095-2 DPM, which notified the Defendant of the potential effect of committing an offense while on pretrial release.

In violation of Title 18, United States Code, Section 3147(1).

## COUNT 3

On or about October 17, 2024, in the Eastern District of Arkansas, the defendant,

RAY THOMAS,

knowingly and intentionally possessed a firearm, that is: a Taurus, model 709 Slim, 9mm pistol, bearing serial number TJW93039, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

RAY THOMAS committed the above offense while on pretrial release pursuant to an order dated May 11, 2023, from the United States District Court for the Eastern District of Arkansas, case number 4:23CR00095-2 DPM, which notified the Defendant of the potential effect of committing an offense while on pretrial release.

In violation of Title 18, United States Code, Section 3147(1).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, RAY THOMAS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, RAY THOMAS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, RAY THOMAS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense,

☐     NO TRUE BILL.                    ☑     TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: ASHLEY BOWEN
Assistant United States Attorney
Bar No. AR 2009253
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Ashley.Bowen@usdoj.gov