MJStar Reporting:INITIAL APPEARANCE, Length of Hearing(minutes): _____ *4 min* .
ARRAIGNMENT, Length of Hearing (minutes): _____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

United States of America

APR **3 0** 2026

v.                                 Case No.: 4:26CR00063-01 DPM

TAMMY N. DOWNS, CLERK
By:_____
DEP CLERK

Ray Thomas

## PLEA AND ARRAIGNMENT REPORT

Plea Date: _4/30/2026_                     Deft is ＼ is not ____ in custody
Continued Until: _____           ____ Deft did not appear
Reason for continuance_____            ____ Clerk to issue warrant

---

### COUNSEL

Assistant U. S. Attorney :     Ashley Bowen    *Shelby Shelton for*
Defense Counsel: _Jim Wyatt_____ ((Appointed) Retained)
Interpreter's Name: _____

---

### PLEA

TRIAL BEFORE DISTRICT COURT              CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ＼_____             Not Guilty_____
Guilty (indicates desire)_____       Guilty _____
Nolo Contendere (desire)_____        Nolo Contendere _____

___＼___Demands Trial by Jury             _____Waives Jury Trial
                                          Deft agrees_____
                                          Govt agrees_____

---

### BAIL

Bail Set at: _detained_, By: _PSH____ Date: _4/30/26_____
_reserves right to bond hearing_

Bail Changed to:_____ By:_____ Date: _____

---

Number of Days estimated for Trial: **2 days, exclusive of defense**
Estimated Trial Date: **6/1/2026 @ 9:30 a.m., before the Honorable Judge D.P. Marshall Jr. in Room 1A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

---

Other: _____

**DATE:** _4/30/2026_          SO ORDERED:_____
                               U.S. MAGISTRATE JUDGE