AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. ⌐⌐⌐ '21)

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

RECEIVED

APR 0 8 2026

USMS E/AR

United States of America

v.

Ray Thomas

*Defendant*

Case No.:  4:26CR00063-01 DPM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 7 2026

TAMMY H. DOWNS, CLERK

By:_____
                    DEP CLERK

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **Ray Thomas**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **21 U.S.C. 841(a), (b)(1)(A): Possession with intent to distribute methamphetamine (actual), 18 U.S.C. 922(g)(1), 924(e): Possession of a firearm by a felon (ACCA), 18 U.S.C. 924(c): Possession of a firearm in furtherance of a drug trafficking crime, as further explained in the attached documents.**

Date:  April 8, 2026

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 4/03/2026 , and the person was arrested on *(date)* 04/30/2026
at *(city and state)* Little Rock, AR .

Date: 4/30/2026

_____
*Arresting officer's signature*

_____
*Printed name and title*