**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                              **NO. 4:26-CR-63-DPM**

**RAY THOMAS**                                                            **DEFENDANT**

**MOTION FOR CONTINUANCE**

Comes now Defendant, Ray Thomas, by and through his attorney, James W. Wyatt, and for his Motion for Continuance states:

1.      Thomas is currently charged in a three (3) count Indictment, which was filed on April 7, 2026.  On April 30, 2026 undersigned counsel was appointed to represent Thomas.  Plea and arraignment was had on April 30, 2026, and a jury trial has been scheduled for June 1, 2026.

2.      Due to the short time frame between being appointed and the current jury trial setting, undersigned counsel needs additional time to obtain discovery and adequately prepare Thomas's case.

3.      Thomas therefore moves this Court to continue this matter to a later date. Thomas understands that speedy trial will be tolled during any continued period.

4.      Counsel for the government has stated that she does not object to a continuance being granted.

Respectfully submitted,


<u>James W. Wyatt</u>
AR Bar No. 93095
Attorney for Defendant
Montgomery Wyatt Hardy, PLC
308 East 8th Street
Little Rock, AR 72202
(501) 371-9816
Email:  jim@mwhlaw.net


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Ms. Ashley Bowen
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203-1229


<u>James W. Wyatt</u>
AR Bar No. 93095
Attorney for Defendant
Montgomery Wyatt Hardy, PLC
308 East 8th Street
Little Rock, AR 72202
(501) 371-9816